

**AXELROD AND GOTTLIEB LLP**
ATTORNEYS AT LAW
100 LAFAYETTE STREET, SUITE 304
NEW YORK, NEW YORK 10013
www.nydisabilitylawyers.com

RUTH AXELROD
WILLIAM GOTTLIEB

TEL: (212) 431-8073
FAX: (212) 431-8521

December 13, 2007

The Honorable Theodore H. Katz
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1660
New York, New York 10007

Re:    Lula Motley o/b/o Kevin Motley v. Michael J. Astrue,
       Commissioner of Social Security, 06 CV 15269 (RMB)(THK)

Dear Judge Katz:

    Plaintiff writes, with the consent of the Defendant, to
request a three-day extension of time to file her motion and
memorandum of law in the above-named case.  Currently,
Plaintiff's motion and memorandum are due tomorrow, December 14,
2007.  This extension of time is requested because counsel has
learned he must visit an immediate family member in a residential
treatment program outside of New York City tomorrow.

    Were this request to be granted, Defendant's motion and
memorandum would be due on January 18, 2008 and Plaintiff's
Reply, if any, on February 1, 2008.  This is Plaintiff's third
request for an extension of time.  The Court granted the first
two extension requests. Plaintiff does not anticipate any further
extension requests for her motion and supporting memorandum.

                              Sincerely,

                              William Gottlieb (WG-9181)

cc:    Leslie Ramirez-Fisher
       Assistant U.S. Attorney
       Southern District of New York
       Office of the U.S. Attorney
       86 Chambers Street, 3rd Floor
       New York, New York  10007
       Attorneys for Defendant

Granted.

**SO OR...**

12/13/07

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE