

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

January 17, 2008

By Fax

Honorable Theodore H. Katz
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1660
New York, New York 10007

    Re: <u>Lula Motley o/b/o Kevin Motley v. Astrue</u>
        06 Civ. 15269 (RMB) (THK)

Dear Judge Katz:

    This Office represents the Commissioner of Social Security, defendant in the above-captioned action. I have found it necessary to seek clarification from the Agency regarding the issues raised in plaintiff's motion for judgment on the pleadings. Therefore, with consent of plaintiff, I respectfully request a two week extension of time to prepare defendant's opposition to plaintiff's motion, which is due on January 18, 2008.

    Should the Court grant this request, defendant's opposition will be due on February 1, 2008, and plaintiff's reply will be due on February 22, 2008. This is defendant's first request for an extension on the briefing schedule.

    Thank you for your consideration of this request.

*Granted.*

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: *[signature]*
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

**SO ORDERED**
1/18/08 *[signature]*
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

cc: William Gottlieb, Esq. (By Fax)

MEMO ENDORSED

COPIES MAILED
TO COUNSEL OF RECORD ON 1/18/08

TOTAL P.02