**AXELROD AND GOTTLIEB LLP**
ATTORNEYS AT LAW
100 LAFAYETTE STREET, SUITE 304
NEW YORK, NEW YORK 10013
www.nydisabilitylawyers.com

RUTH AXELROD
WILLIAM GOTTLIEB

# MEMO ENDORSED

TEL: (212) 431-8073
FAX: (212) 431-8521

February 22, 2008

The Honorable Theodore H. Katz
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1660
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08

Re:   Lula Motley o/b/o Kevin Motley v. Michael J. Astrue,
      Commissioner of Social Security, 06 CV 15269

Dear Judge Katz:

    This letter is sent to you by fax because it is in regard to a submission deadline of today.

    I am writing to request a one-week extension of time to file Plaintiff's Reply in the above-named case. Motions and supporting memoranda have been submitted by both parties, as has Defendant's memorandum in opposition to Plaintiff's motion. Plaintiff's Reply is due today.

    This extension is requested because the illness of the undersigned this week. Counsel apologizes for having failed to submit the request earlier.

    If the extension were granted, Plaintiff's Reply would be due on February 29, 2008. The Reply is the last argument scheduled to be submitted in this case.

    This is the Plaintiff's first request for extended time to file her Reply. However, Plaintiff had requested, and the Court had granted, three extensions of time to file her motion and supporting memorandum.

    Counsel for the Defendant kindly has consented to this request.

Sincerely,

William Gottlieb

*Granted.*

cc: AUSA Leslie Ramirez-Fisher

2/25/08

**SO ORDERED**

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

PIES MAILED
COUNSEL OF RECORD ON 2/25/08